UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>RELATED COMPANIES and its subsidiaries and Affiliates d/b/a RELATED and/or RELATED COMPANIES; TRIBECA GREEN, LLC; BPC GREEN, LLC; ROBERT A.M. STERN ARCHITECTS, LLP; and ISMAEL LEYVA ARCHITECTS, P.C.,<br><br>                    Defendants. | 14 CIV 1826 (SAS)<br><br>ECF Case<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

------------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant RELATED COMPANIES, TRIBECA GREEN, LLC, and BPC GREEN, LLC (the "Related Defendants"), hereby certifies that there is no parent corporation nor publicly held corporation owning 10 percent or more of the stock of any of the Related Defendants.

Dated: New York, New York
       March 20, 2014

Respectfully submitted,

/s/ Joanna Hendon
Joanna Hendon
Linda Imes
Connor R. Williams
SPEARS & IMES LLP
51 Madison Avenue
New York, New York  10010
Tel:  (212) 213-6996
Fax: (212) 213-0849
jhendon@spearsimes.com
limes@spearsimes.com
cwilliams@spearsimes.com

Mark Walfish
KATSKY KORINS LLP
605 Third Avenue
New York, New York 10158-0038
(212) 953-6000

*Attorneys for Defendants Related Companies,*
*Tribeca Green, LLC, and BPC Green, LLC*