USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-16-17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RELATED COMPANIES, L.P., and its subsidiaries and affiliates; UPPER EAST LEASE ASSOCIATES, LLC, TRIBECA GREEN, LLC; A.M. STERN ARCHITECTS, LLP, and ISMAEL LEYVA ARCHITECTS, P.C.<br><br>　　　　　Defendants. | Civ. Action No. 14-cv-1826 (ALC) |

### STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and pursuant to Local Civil Rule 1.4, that the law firm of Wachtel Missry LLP is hereby substituted in place of the law firm Spears & Imes LLP as counsel of record for defendants Related Companies, L.P., Upper East Lease Associates, LLC and Tribeca Green, LLC in the above captioned action. A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

PLEASE TAKE NOTICE that all notices of hearing, and other filings in this matter should be served upon the following incoming counsel:

　　　　　William B. Wachtel
　　　　　wachtel@wmllp.com
　　　　　Julian Schreibman
　　　　　jschreibman@wmllp.com
　　　　　Sara Spiegelman
　　　　　sspiegelman@wmllp.com
　　　　　WACHTEL MISSRY LLP
　　　　　885 second Avenue, 47th floor,
　　　　　New York, New York 10017
　　　　　Tel: (212) 909 9500
　　　　　Fax: (212) 909-9477

Dated: New York, New York
February 15, 2017

| **SPEARS & IMES LLP** | **WACHTEL MISSRY LLP** |
|---|---|
| By: /s/ Linda Imes | By: /s/ William B. Wachtel |
| Linda Imes | William B. Wachtel |
| Joanna Henden | Julian Schreibman |
| 51 Madison Avenue | Sara Spiegelman |
| New York, NY 10010 | 885 Second Avenue |
| Tel: (212) 213-6659 | New York, New York 10017 |
| Fax: (212) 213-0849 | Tel: (212) 909-9675 |
| limes@spearsimes.com | Fax: (212) 909-9426 |
| jhendon@spearsimes.com | wachtel@wmllp.com |
| | jschreibman@wmllp.com |
| | sspiegelman@wmllp.com |
| *Outgoing attorneys for Related Companies, L.P., Upper East Lease Associates, LLC and Tribeca Green, LLC* | *Incoming attorneys for Related Companies, L.P., Upper East Lease Associates, LLC and Tribeca Green, LLC* |

SO ORDERED:

/s/ Andrew L. Carter Jr.    February 16, 2017
The Honorable Andrew L. Carter Jr.

JS