**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RELATED COMPANIES, L.P., *et al.*,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/6/2022

14 Civ. 1826 (ALC)

## ORDER OF DISMISSAL

WHEREAS, on December 10, 2014, this Court entered a consent decree (the "Consent Decree") between plaintiff the United States of America (the "Government") and defendants the Related Companies, L.P., Upper East Lease Associates, LLC, and Tribeca Green, LLC (together, "Related");

WHEREAS, the entry of the Consent Decree dismissed this action as to Related without prejudice to its reinstatement under certain conditions;

WHEREAS, the Consent Decree provides "[u]pon the expiration of the Consent Decree and all obligations thereunder, the United States shall seek an order dismissing the Complaint with prejudice" as to Related (¶ 87);

WHEREAS, on April 6, 2022, the United States confirmed that Related has fulfilled its obligations under the Consent Decree and sought dismissal of this action with prejudice;

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice

as to Related and is not subject to reinstatement as to Related.

Dated: October 6, 2022
       New York, New York

_____
THE HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE